In the Matter of the Claim of ADAM OLDEN, Respondent, against ONO LAKES HOMES CORPORATION et al., Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See 268 App. Div. 1074.]

In the Matter of the Claim of NETTA WEINFELD, Appellant, against LIPPMAN & SON, INC., et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Claimant has appealed from a decision of the Industrial Board affirming the decision of the referee disallowing her claim for compensation by reason of her husband's death. The Industrial Board found that the death did not arise out of and in the course of the employment. Only questions of fact are involved which we may not review. Decision affirmed, without costs. All concur.

In the Matter of the Claim of MAURICE KAPLAN, Appellant, against GRAND CITY CONTAINER CORPORATION et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— The finding that there was no causal relation between the accident proven to have been sustained by claimant and the loss of vision in his right eye, or consequent facial disfigurement, had substantial evidence to support it. The rate of compensation allowed was sufficiently supported by evidence. Decision affirmed, without costs. All concur.

In the Matter of the Claim of NEIL MURRAY, SR., Respondent, against KINGS-BRIDGE THEATRE et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the Kingsbridge Theatre, employer, from an award made to claimant under the Workmen's Compensation Law. The claimant was engaged in posting bills for advertising entertainments for the theatre when he fell from a ladder and was injured. He was paid by the day and the employer furnished the ladder. In some instances at least he was given instructions from the manager. He had been working for the theatre for a period of about twelve years. The manager of the theatre went to the hospital with him after his injuries. He was paid by the office. Award affirmed, with costs to the State Industrial Board. All concur.